# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 26, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142258 & (79)

SARA GRIESBACH, as Next Friend of
PATRICK GRIESBACH, Minor, and
TIMOTHY GRIESBACH,
          Plaintiffs-Appellants/
          Cross-Appellees,

v

ROBERT R. ROSS, P.A.-C.,
          Defendant-Appellee/
          Cross-Appellant.

SC: 142258
COA: 275826
Oakland CC: 2004-062028-NH

_____/

On order of the Court, the application for leave to appeal the November 23, 2010 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

CAVANAGH, J., would grant the application for leave to appeal and the application for leave to appeal as cross-appellant.

HATHAWAY, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 26, 2011

_____
Clerk

d0919